# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128971

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIRGINIA L. WEGIENKA,
         Plaintiff-Appellee,

    SC: 128971
    COA: 259508
    WCAC: 03-000337

v

MONSANTO CHEMICAL COMPANY, INC.
and PACIFIC EMPLOYERS INSURANCE
COMPANY,
         Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the May 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

11219